Marcos GONZALEZ, and those other inmates similarly situated in the custody of the Attorney General, Plaintiff–Appellant

v.

J. McLAUGHLIN, Clinical Director, in his official and/or individual capacity, Defendant–Appellee.

No. 12–51099.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 27, 2013.

Marcos Gonzalez, and those other Inmates Similary Situated in the Custody of the Attorney General, FCI, Bastrop, TX, pro se.

Robert Keith Shaw–Meadow, Assistant U.S. Attorney, Dimitri Narciso Rocha, U.S. Attorney'S Office, San Antonio, TX, for Defendant–Appellee.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Marcos Gonzalez, federal prisoner # 65613–079, appeals from the district court's grant of summary judgment in favor of Dr. J. McLaughlin on his claims of deliberate indifference to serious medical needs. Gonzalez's claims amount to a disagreement with the medical care he received, which is not actionable under *Bi-*

vens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). See Gobert v. Caldwell, 463 F.3d 339, 346 (5th Cir.2006). Gonzalez has abandoned all other claims by failing to brief them adequately. See Mapes v. Bishop, 541 F.3d 582, 584 (5th Cir.2008); Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir.1987).

Accordingly, the judgment of the district court is AFFIRMED. McLaughlin's motion for summary affirmance and his alternative motion for an extension of time to file a brief are DENIED as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.